**CSD 1162** [08/22/03]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

Order Entered on
December 17, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

In Re

Debtor.

BANKRUPTCY NO.

Moving Party

RS NO.

Respondent(s)

# ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY   ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted. Motion Docket Entry No. _____

//

//

//

//

DATED: December 16, 2009

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

_____
Judge, United States Bankruptcy Court

Submitted by:

_____
(Firm name)

By:_____
Attorney for Movant

CSD 1162

```
CSD 1162 [08/22/03] (Page 2)
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR:                                                              CASE NO:
                                                                     RS NO.:
```

The Motion of _____,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on _____, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No._____, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on _____, and

☐ Debtor *(Name)*:

☐ Debtor's Attorney *(Name)*:

☐ Trustee *(Name)*:

☐ United States Trustee (in Chapter 11 & 12 cases), and

☐ Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1.  ☐    The following real property:

    a.   Street address of the property including county and state:

    b.   Legal description is ☐ attached as Exhibit B or ☐ described below:

2.  ☐    The following personal property as described ☐ below or ☐ in Exhibit B attached:

    IT IS FURTHER ORDERED that *(Optional)*:

```
CSD 1162
```
*Signed by Judge James W. Meyers December 16,2009*

# EXHIBIT A

A CONDOMINIUM COMPRISED OF SEPARATE INTEREST IN LIVING UNIT NO. 3122 AS SHOWN ON THE RESERVES AT MADISON PARK CONDOMINIUM PLAN (THE PLAN) RECORDED IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER OF RIVERSIDE COUNTY STATE OF CALIFORNIA ON OCTOBER 1, 2004 AS INSTRUMENT NO. 2004-784201 AND AS FURTHER DESCRIBED IN THAT DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF RESERVES AT MADISON PARK (THE DECLARATION) RECORDED IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, STATE OF CALIFORNIA ON OCTOBER 1, 2004 AS INSTRUMENT NO. 2004-784200, AN UNDIVIDED ONE-EIGHTIETH INTEREST (1/80TH) IN THE COMMON AREA (EXCLUDING ANY PORTION OF ANY OF THE OTHER LIVING UNITS LOCATED ON LOTS 1 AND 2 OF TRACT NO. 31049) AS DESCRIBED IN THE PLAN AND THE DECLARATION, WHICH CONDOMINIUM IS LOCATED ON LOTS 1 AND 2 RESERVES AT MADISON PARK, CITY OF MURRIETA, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF FILED IN BOOK 357 PAGES 32 THROUGH 34 (MAP) RIVERSIDE COUNTY RECORDS, AND THE EXCLUSIVE RIGHT TO USE THOSE PORTIONS OF THE COMMON AREA OVER WHICH EXCLUSIVE EASEMENTS HAVE BEEN RESERVED FOR THE BENEFIT OF UNIT 3122 AS SHOWN ON THE PLAN.

EXCEPTING THEREFROM AND RESERVING THE EASEMENTS AS DEFINED AND SET FORTH IN SECTION 15.6 (INCLUDING SUBSECTIONS 15.6.1 THROUGH 15.6.2) OF THE DECLARATION AND THOSE RECIPROCAL ACCESS EASEMENTS, IF ANY, RESERVED AND SET FORTH DIRECTLY ON THE MAP.

FURTHER EXCEPTING THEREFROM ALL NUMBERED LIVING UNITS OTHER THAN CONVEYED AS PARCEL 1 ABOVE, AND THOSE PORTIONS OF THE COMMON AREA, IF ANY, AS DEFINED IN THE DECLARATION AND/OR SHOWN IN THE PLAN WHICH ARE OWNED EXCLUSIVELY BY THE ASSOCIATION OR WHICH ARE ASSIGNED FOR THE EXCLUSIVE USE OF ANOTHER OWNER.

FURTHER EXCEPTING THEREFROM ANY FUTURE COMMON AREA PARCEL SPECIFICALLY GRANTED SOLELY TO THE MADISON PARK VILLAS OWNERS ASSOCIATION.